**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

| | |
|---|---|
| **MICHAEL BANKS,**<br><br>***Plaintiff*,**<br><br>**v.**<br><br>**THE CITY OF VIRGINIA BEACH,**<br><br>***Defendant.*** | **Civil Action No. 2:24-cv-00149** |

**DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS**

NOW COMES the Defendant City of Virginia Beach, by counsel, and submits the following proposed questions for voir dire:

1. Do you know anyone else on this jury panel? In what context?
2. Do you know Judge Jackson, the presiding judge, or any of the Court staff present today?
3. Do you know the Plaintiff, Michael Banks, or his attorney?
4. Do you know Defendant's attorneys or Chief Paul Neudigate?
5. Have you or someone close to you ever worked for the City of Virginia Beach or its Police Department?
6. Do you have feelings or opinions about the City of Virginia Beach or its police department that you expect might make it difficult to render an unbiased opinion in this case?

7. Have you ever been involved in a lawsuit involving the City of Virginia Beach or its police department, either as a party or witness? If so, what was the nature of the lawsuit? And do you expect it might affect your ability to render an impartial verdict in this case?
8. Have you or someone close to you ever had a negative experience or interaction with the VBPD? If so, what was that experience? And do you expect it might affect your ability to render an impartial verdict in this case?
9. In this case, Mr. Banks alleges the VBPD retaliated against him for raising concerns of discrimination. For any reason, do you feel that the nature of this case makes you more likely to side with one side or the other?
10. Do you believe that based upon either the parties in this case or the nature of the employment discrimination and retaliation claim being made, that you might have difficulty considering the opinions of other jurors with an open mind?
11. Have you served on a jury in the past 5 years? If so, what was the nature of the case? And, without stating the outcome, was the jury able to reach a verdict?
12. Have you been a party (plaintiff or defendant) in a lawsuit in the last 10 years? If so, what was the nature of the lawsuit?
13. Have you or someone close to you ever believed they were the subject of employment discrimination or retaliation? If so, on what basis (race, gender, age)? And do you expect those feelings might affect your ability to render an impartial verdict in this case?
14. Have you or someone close to you ever filed a lawsuit alleging an employer discriminated or retaliated?

15. Have you been demoted or dismissed from employment in the past ten years? If so, what were the circumstances? And do you expect it might affect your ability to render an impartial verdict in this case?
16. Do you hold feelings of resentment towards any past employer? If so, what kind of business or operations was that employer involved in? And do you expect those feelings might affect your ability to render an impartial verdict in this case?
17. Do any of you work for a human resources department? If so, do you expect that might impact your decision in this case? If so, how?
18. Are any of you employed in the legal profession? If so, in what capacity? And do you expect that your experiences might impact your decision in this case? If so, how?
19. Do you believe you will be able to make an unbiased determination of whether the VBPD retaliated against Mr. Banks—even if you don't agree with all the Department's actions?
20. Do you believe you will be able to make an impartial decision in this case based upon whether the facts show that VBPD did or did not discriminate or retaliate against Plaintiff—as opposed to whether you agree with the Department's actions and decisions in this matter?
21. Do you believe it is proper for a police department to have discretion in how it runs its operations, so long as it acts lawfully? If not, why?
22. Do you believe that a police department should be allowed to make its own decisions about disciplining police officers so long as they obey the law?
23. Do you believe that just because a lawsuit is filed, Plaintiff is entitled to receive at least some compensation?

24. Do you believe there is any reason you cannot render a fair verdict based upon the evidence presented and the legal instructions you are given by the Court?

**CITY OF VIRGINIA BEACH**

By ____________/s/ Joseph M. Kurt____________
Of Counsel


**Mark D. Stiles** (VSB No. 30683)
City Attorney
**Christopher S. Boynton** (VSB No. 38501)
Deputy City Attorney
**Joseph M. Kurt (VSB No. 90854)**
Associate City Attorney
**Christopher J. Turpin (VSB No. 97321)**
Associate City Attorney
**Elizabeth B. Howerin (VSB 93571)**
Associate City Attorney
*Attorneys for the City of Virginia Beach*
Office of the City Attorney
Municipal Center, Building One
2401 Courthouse Drive
Virginia Beach, Virginia 23456
(757) 385-4531 (Office)
(757) 385-5687 (Facsimile)
mstiles@vbgov.com
cboynton@vbgov.com
jkurt@vbgov.com
cturpin@vbgov.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of September 2025, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following party:

Stephen Teague, Esquire
STEPHEN TEAGUE, VSB # 81006
LAW OFFICE OF STEPHEN C. TEAGUE
P.O. Box 706
Newport News, VA 23607
Tel: (757) 317-0716
Fax: (757) 215-2974
E-mail: stephen@teaguelawoffice.com
*Counsel for Plaintiff*

_____/s/_ Joseph M. Kurt_______