**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA NORFOLK DIVISION**

| | |
|---|---|
| **MICHAEL BANKS,**<br><br>***Plaintiff*,**<br><br>**v.**<br><br>**THE CITY OF VIRIGINIA BEACH,**<br><br>***Defendant.*** | **Civil Action No. 2:24-cv-00149** |

**DEFENDANT CITY OF VIRGINIA BEACH'S PROPOSED JURY INSTRUCTIONS**

NOW COMES the City of Virginia Beach, by counsel, and submits the following proposed Jury Instructions, annexed collectively hereto as Exhibit A[1]:

1. Opening Instructions (Before Trial)
2. Order of Trial (Before Trial)
3. Juror Conduct; No Independent Investigation (Before Trial)
4. Judge's Questions to Witnesses (Before Trial)
5. Evidence in the Case (Before Trial)
6. Notetaking Permitted (Before Trial)
7. Credibility of Witnesses (Before Trial)
8. What is Not Evidence (Before Trial)
9. Province of Judge and Jury (Before Trial)

[1] A second set of Jury Instruction formatted without supporting authority and as otherwise directed in the Rule 16(b) Scheduling Order is annexed hereto as Exhibit B.

10. General Introduction (Close of Trial)

11. Use of Notes (Close of Trial)

12. Juror Use of Electronic Communication Technologies (Close of Trial)

13. All Persons Equal Before the Law (Close of Trial)

14. Evidence in the Case (Close of Trial)

15. Court's Comments Not Evidence (Close of Trial)

16. Questions Not Evidence (Close of Trial)

17. Election of Foreperson or Presiding Juror; Duty to Deliberate; Communications with Court; Cautionary; Unanimous Verdict; Verdict Form (Close of Trial)

18. Plaintiff's Burden of Proof (Close of Trial)

19. Preponderance of the Evidence (Close of Trial)

20. "If You Find" or "If You Decide" (Close of Trial)

21. Direct and Circumstantial Evidence (Close of Trial)

22. Inferences (Close of Trial)

23. Presumption of Regularity (Close of Trial)

24. Witness Credibility (Close of Trial)

25. Impeachment; Inconsistent Statement or Conduct (Close of Trial)

26. All Available Witnesses or Evidence Need Not Be Produced (Close of Trial)

27. Duty to Deliberate (Close of Trial)

28. Plaintiff's Retaliation Claim (Close of Trial)

29. Retaliation Claim Elements (Close of Trial)

30. Retaliation Claim Elements and Plaintiff's Claims (Close of Trial)

31. Adverse Employment Action (Close of Trial)

32. Business Judgment (Close of Trial)

33. Compensatory Damages (Close of Trial)

34. Back Pay (Close of Trial)

35. Nominal Damages (Close of Trial)

36. Effect of Instruction as to Damages (Close of Trial)

37. Verdict Forms; Jury's Responsibility (Close of Trial)

38. Communications Between Court and Jury During Jury's Deliberations (Close of Trial)

**CITY OF VIRGINIA BEACH**

By /s/ ______________________________
Of Counsel

**Mark D. Stiles** (VSB No. 30683)
City Attorney
**Christopher S. Boynton** (VSB No. 38501)
Deputy City Attorney
**Joseph M. Kurt (VSB No. 90854)**
Associate City Attorney
**Christopher J. Turpin (VSB No. 97321)**
Associate City Attorney
**Elizabeth B. Howerin (VSB 93571)**
Associate City Attorney
*Attorneys for the City of Virginia Beach*
Office of the City Attorney
Municipal Center, Building One
2401 Courthouse Drive
Virginia Beach, Virginia 23456
(757) 385-4531 (Office)
(757) 385-5687 (Facsimile)
mstiles@vbgov.com
cboynton@vbgov.com
jkurt@vbgov.com
cturpin@vbgov.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of September 2025, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following party:


Stephen Teague, Esquire
STEPHEN TEAGUE, VSB # 81006
LAW OFFICE OF STEPHEN C. TEAGUE
P.O. Box 706
Newport News, VA 23607
Tel: (757) 317-0716
Fax: (757) 215-2974
E-mail: stephen@teaguelawoffice.com
*Counsel for Plaintiff*


/s/ ______________________________

Christopher J. Turpin
*Associate City Attorney*