UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FILED IN OPEN COURT
SEP 26 2025
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

MICHAEL BANKS,

    Plaintiff,

v.

CIVIL ACTION NO.: 2:24-CV-149

CITY OF VIRGINIA BEACH,

    Defendant.

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office

## JURY VERDICT FORM

We, the Jury in the case of Banks v. City of Virginia Beach, find the following on Plaintiff's claim of retaliation:

We find a verdict for the Plaintiff ✓

We find a verdict for the Defendant ____

If you found for the Plaintiff, please answer the following:

## DAMAGES

Do you find by a preponderance of the evidence that Michael Banks should be awarded damages to compensate him for his claim?

✓ Yes ____ No

If your answer to the above is "Yes," please state the damages amount awarded to Michael Banks below.

TOTAL AMOUNT OF DAMAGES $ 137,000

**REDACTED COPY**

Date: September 26, 2025

Signed by Foreperson