**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Norfolk Division

FILED
OCT - 1 2025
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

MICHAEL BANKS,

Plaintiff,

v.

CITY OF VIRGINIA BEACH,

Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No: 2:24-cv-149

[X] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried, and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came for determination before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Michael Banks recover of the City of Virginia Beach the sum of One Hundred and Thirty-Seven Thousand and no/100 Dollars ($137,000.00) for Michael Banks's claim of retaliation.

Date: October 1, 2025
*Nunc Pro Tunc:* September 26, 2025

FERNANDO GALINDO, CLERK

By: ______________________
Deputy Clerk

______________________
Raymond A. Jackson
United States District Judge

Form of judgment approved in accordance with Fed. R. Civ. P. 58.